7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Denise Lea Gilmore
*Debtor*

*Bankruptcy Case No.*
11–45537–can7

**Maureen Scully**
  Plaintiff(s)

*Adversary Case No.*
13–04021–can

v.

**Denise Lea Gilmore**
  Defendant(s)

## JUDGMENT

  The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the Plaintiff/Trustees Motion for Default Judgment is granted and Denise Lea Gilmore, Defendant/Debtors discharge is DENIED

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
  Deputy Clerk



Date of issuance: 4/8/13

Court to serve